# UNITED STATES DISTRICT COURT

### for the
### Western District of Texas

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )  Case No. *A 12-m-748*
*or identify the person by name and address)* )
 )
Network Investigative Technique ("NIT") for e-mail )
address 512SocialMedia@gmail.com )
 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

     An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     State and     District of     Texas    
*(identify the person or describe the property to be searched and give its location)*:

See "Attachment A"

     The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See "Attachment B"

     I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

     **YOU ARE COMMANDED** to execute this warrant on or before     December 31, 2012    
                                                               *(not to exceed 14 days)*

☐ in the daytime   6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

     Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

     The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Mark P. Lane, United States Magistrate Judge     .
                      *(name)*

     ☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for    30    days *(not to exceed 30)*.
                                     ☐ until, the facts justifying, the later specific date of        .

Date and time issued:    *12-18-2012*                                     
                                                        *Judge's signature*

City and state:    Austin, Texas                        Mark P. Lane, United States Magistrate Judge
                                                            *Printed name and title*

### Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment C**

IT IS ORDERED that the government is authorized to add a Internet web link until the network investigative technique ("NIT") has returned the information authorized to be collected by this warrant, without prior announcement, within 14 days from the date this Court issues the requested warrant or until 14 days after the NIT warrant was successfully executed;

IT IS ORDERED that the NIT may cause an activating computer – wherever located – to send to the government, specifically the Federal Bureau of Investigation, located in Quantico, Virginia, in the Eastern District of Virginia, network level messages containing information that may assist FBI Denver, NS-1 investigations in the District of Colorado in identifying the computer, its location, other information about the computer and the user of the computer; and

IT IS ORDERED that provision of a copy of the search warrant and receipt may, in addition to any other methods allowed by law, be effectuated by electronic delivery of true and accurate electronic copies (e.g., Adobe PDF file) of the fully executed documents in the same manner as the NIT is delivered.